# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                   :

GLENN F.                                    :
                                       :

            v.                           :      NO. 22-CV-1996
                                       :

MARTIN O'MALLEY,                :
Commissioner of Social Security      :
_____ :

## O R D E R

SCOTT W. REID, J.


        AND NOW, this 6th day of November, 2024, it is hereby ORDERED that Claimant's

Request for Review is DENIED, and it is FURTHER ORDERED that JUDGMENT IS

ENTERED in favor of Defendant;


        The Clerk of Court is hereby directed to mark this case as CLOSED.


        BY THE COURT:


        _/s/ Scott W. Reid_


        _____
        SCOTT W. REID, J.
        UNITED STATES MAGISTRAGE JUDGE