# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GLENN F. | : |
| v. | : NO. 22-CV-1996 |
| MARTIN O'MALLEY,<br>Commissioner of Social Security | : |

**SUPPLEMENTAL ORDER**

SCOTT W. REID, J.

AND NOW, this 6th day of January, 2025, upon consideration of Glenn F.'s a motion under Fed. R. Civ. Pr. 59(e) seeking to alter or amend judgment, and the Commissioner's response thereto. it is hereby ORDERED that Claimant's Motion is DENIED.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE